UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>vs.<br><br>Quantities of Finished and In-Process Foods, et al,<br><br>           Defendant. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-3675-WBH |

**J U D G M E N T**

This action having come before the court, Honorable Willis B Hunt, Jr., United States District Judge, for consideration of the Government's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that judgment is entered as to all claims in favor of the Government and against the Defendants undermined quantities of all articles of finished and in-process foods, raw ingredients (bulk powders, bulk capsules) containing DMAA with any lot number, size, or type container, whether labeled or unlabeled and also against Claimants Hi-Tech Pharmaceuticals, Inc., and Jared Wheat as to the forfeiture action, and to all claims in the suit originally filed in the District Court for the District of Columbia as 1:13-CV-1747, later transferred to this Court as 1:14-CV-2479 and later merged into this action.

Dated at Atlanta, Georgia, this 3rd day of April, 2017.

JAMES N. HATTEN
CLERK OF COURT

By:  s/Debbie Burkhalter
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  April 3, 2017
James N. Hatten
Clerk of Court

By: s/Debbie Burkhalter
       Deputy Clerk